In the Matter of the General Assignment for the Benefit of Creditors of POWELL & SALZMAN, INC.

MANUFACTURERS TRUST CO., Appellant; SAMSON MERRIAM, Respondent.

Argued November 12, 1940; decided November 26, 1940.

Leonard G. Bisco, George B. Balamut and Herbert B. Gitlin for appellant.

Hyman Gold for respondent.

Order affirmed, with costs, on the ground there is evidence to sustain the findings of the referee. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and CONWAY, JJ. Dissenting: LEWIS, J.